AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2113(a) and (d) – Armed Bank Robbery;
18 U.S.C. § 2113(e) – Forced Accompaniment;
18 U.S.C. § 981(a)(1)(C), 2461(c) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attachment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL - 2 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ SHAWN HERMAN McGEE, SR

**DISTRICT COURT NUMBER**
CR15-00349 YGR

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINA MCCALL, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Contra Costa County

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT FOR SHAWN HERMAN McGEE, SR.

COUNT ONE:   18 U.S.C. § 2113(a) – Armed Bank Robbery

    (1)    Imprisonment: Maximum 25 years
    (2)    Fine: Maximum $250,000
    (3)    Supervised Release:  3 years
    (4)    Special Assessment:  $100.00
    (5)    Forfeiture and restitution

COUNT TWO:   18 U.S.C. § 2113(e) – Forced Accompaniment

    (1)    Imprisonment: Maximum life, with mandatory minimum of 10 years
    (2)    Fine: Maximum $250,000
    (3)    Supervised Release:  5 years
    (4)    Special Assessment:  $100.00
    (5)    Forfeiture and restitution

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

UNITED STATES OF AMERICA,

V.

SHAWN HERMAN McGEE SR.,
a/k/a "Shawn Herman Burris,",

CR15-00349 YGR

**FILED**

JUL - 2 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

INDICTMENT

18 U.S.C. § 2113(a) and (d) – Armed Bank Robbery;
18 U.S.C. § 2113(e) – Forced Accompaniment;
18 U.S.C. § 981(a)(1)(C), 2461(c) – Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this 2nd day of
July 2015

_____
Clerk

Bail, $ no bail warrant
Kandis Westmall 7/2/15

1  MELINDA HAAG (CABN 132612)
   United States Attorney

**FILED**

JUL - 2 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR15-00349 YGR |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 2113(a) and (d) – Armed Bank Robbery; 18 U.S.C. § 2113(e) – Forced Accompaniment; and 18 U.S.C. §§ 981(a)(1)(C), 2461(c) – Criminal Forfeiture |
| v. | |
| SHAWN HERMAN McGEE SR., a/k/a "Shawn Herman Burris," | ) OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges as follows, with all dates alleged being approximate:

COUNT ONE:   (18 U.S.C. § 2113(a) and (d) – Armed Bank Robbery)

On May 16, 2015, in the Northern District of California, the defendant,

SHAWN HERMAN McGEE SR.,

did knowingly, and by force, violence and intimidation, take from the persons and presence of employees of the Wells Fargo Bank, located at 3365 Deer Valley Road, in Antioch, California, currency belonging to and in the care, custody, control, management, and possession of that Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant did assault another person by intentionally making a display of force that reasonably caused that person to fear bodily harm by using a dangerous weapon, all in violation of Title 18, United

INDICTMENT

1  States Code, Section 2113(a) and (d).

2

3  COUNT TWO:        (18 U.S.C. § 2113(e) – Forced Accompaniment)

4          On May 16, 2015, in the Northern District of California, the defendant,

5                          SHAWN HERMAN McGEE SR.,

6  did force a person to accompany him without the consent of such person while avoiding and attempting

7  to avoid apprehension for the commission of the offense charged in Count One, in violation of Title 18,

8  United States Code, Section 2113(e).

9

10  FORFEITURE ALLEGATION:      (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

11          The allegations contained in Counts One and Two of this Indictment are re-alleged and by this

12  reference are fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of

13  18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

14          Upon a conviction for the offenses alleged in Counts One or Two above, the defendant,

15                          SHAWN HERMAN McGEE SR.,

16  shall forfeit to the United States any property real or personal, which constitutes or is derived from

17  proceeds traceable to a violation of 18 U.S.C. § 2113(a) as charged in Count One, including but not

18  limited to the following property: $7,200, seized from SHAWN HERMAN McGEE SR. on May 16,

19  2015.

20          If, as a result of any act of omission of the defendant, any of said property

21          a.  cannot be located upon the exercise of due diligence;

22          b.  has been transferred or sold to, or deposited with, a third person;

23          c.  has been placed beyond the jurisdiction of the Court;

24          d.  has been substantially diminished in value; or

25          e.  has been commingled with other property which cannot be divided without difficulty;

26  any and all interest defendant has in other property, up to the value of the property, namely $7,200 shall

27  //

28  //

INDICTMENT

be forfeited to the United States pursuant to 21 U.S.C. § 853(p), as incorporated in 28 U.S.C. § 2461(c).

DATED: JULY 2, 2015                    A TRUE BILL.

                                       /s/
                                       _____
                                       FOREPERSON

MELINDA HAAG
United States Attorney

_____ FOR
KESLIE STEWART
Chief, Oakland Branch

(Approved as to form: /s/ )
                      AUSA McCall

INDICTMENT